# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

MARSHA MEYER,

    Plaintiff,

v.

ALEXANDRA SOKOLL,

    Defendant.

No. CR 09-80043-misc SBA

**ORDER**

    The Court, having before it Plaintiff's Applications for Wage Garnishment, HEREBY ORDERS Plaintiff/Judgment Creditor to first request the Clerk of the Court to issue a Writ of Execution pursuant to Fed. R. Civ. P. 69(a) and Cal. Code Civ. Proc. § 699.010. After the issuance of a writ of execution, the Judgment Creditor may apply for a wage garnishment order. Cal. Code Civ. Proc. § 706.021.

IT IS SO ORDERED.

Dated: 8/31/09

Saundra Brown Armstrong
United States District Judge