IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHA MEYER,

    Plaintiff,

v.

ALEXANDRA SOKOL

    Defendants.

No. CV 09-800043 Misc SBA (EDL)

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On December 30, 2009, Plaintiff's counsel filed a request to appear telephonically at the motion hearing scheduled for January 12, 2010 at 2:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: January 5, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge