UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARSHA MEYER,

        Plaintiff,

  v.

ALEXANDRA SOKOLL et al,

        Defendant.

                                      /

Case Number: CV09-80043 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce E. Baldinger
Law Offices of Bruce E. Baldinger LLC
991 Rt 22 West
Bridgewater, NJ 08876

Marsha Meyer
P.O. Box 526
New Vernon, NJ 07976

Alexandra Sokoll
338 Alamo Square Drive
Alamo, CA 94507


Dated: January 8, 2010

                                      Richard W. Wieking, Clerk
                                      By: Lili M. Harrell, Deputy Clerk