AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael R. Bruck (State Bar # 60690)<br>Law Offices of Michael R. Bruck<br>4146 Redwood Road<br>Oakland, CA 94619<br>TELEPHONE NO.: (510) 482-0800    FAX NO.: (510) 482-5405<br>ATTORNEY FOR (Name): MARSHA MEYER, Plaintiff | |

NAME OF COURT: United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME: ~~Oakland Division~~  S.F. Division

RECEIVED MAR 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND~~

PLAINTIFF: MARSHA MEYER
DEFENDANT: ALEXANDRA SOKOLL

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER:<br>CV<br>~~CR~~-09-80043-MISC SBA |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor   [ ] Third Person | |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): ALEXANDRA SOKOLL
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: May 14, 2013    Time: 9:00 a.m.    Dept. or Div.: Courtroom E  Rm.:
Address of court [XX] shown above [X] ~~is: 1301 Clay Street, Oakland, California 94612~~

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):
   HLS Attorney Services

Date: March 22, 2013

_Elijah D Laporte_
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): ALEXANDRA SOKOLL  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2013

MICHAEL R. BRUCK
(TYPE OR PRINT NAME)

▶ _Michael R Bruck_
(SIGNATURE OF DECLARANT)
Attorney for Plaintiff

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

LexisNexis® Automated California Judicial Council Forms